# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GRACIELA KOHLMAN,<br><br>    Plaintiff(s),<br><br>v.<br><br>LAWRENCE MUDGETT III, et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-00719-JAD-NJK<br><br>**Order** |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). The Clerk's Office issued a notice requiring Plaintiff to file a certificate of interested parties by April 30, 2024. Docket No. 5. Plaintiff has not done so. Accordingly, the Court ORDERS Plaintiff to file a certificate of interested parties by June 26, 2024.

IT IS SO ORDERED.

Dated: June 12, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1