# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GRACIELA KOHLMAN,

    Plaintiff(s),

v.

LAWRENCE MUDGETT III, et al.,

    Defendant(s).

Case No. 2:24-cv-00719-JAD-NJK

**Order**

On June 12, 2024, the Court ordered Plaintiff to file a certificate of interested parties by June 26, 2024. Docket No. 15. Plaintiff has not done so. The Court again **ORDERS** Plaintiff to file a certificate of interested parties with a new deadline of <u>July 16, 2024</u>. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS**.

IT IS SO ORDERED.

Dated: July 2, 2024

                                                            Nancy J. Koppe
United States Magistrate Judge