# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GRACIELA KOHLMAN,<br><br>    Plaintiff(s),<br><br>v.<br><br>LAWRENCE MUDGETT III, et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-00719-JAD-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). Although Defendants filed motions to dismiss, Docket Nos. 8, 13, a request to stay discovery has also not been filed, *cf. Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011). If Defendants seek a stay of discovery, they must file a motion seeking such relief by July 26, 2024. If such a motion is filed, discovery will be stayed on an interim basis pending resolution of that motion. If such a motion is not filed, a joint discovery plan must be filed by August 9, 2024.

IT IS SO ORDERED.

Dated: July 12, 2024

  _____
  Nancy J. Koppe
  United States Magistrate Judge