# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GRACIELA KOHLMAN,

    Plaintiff(s),

v.

LAWRENCE MUDGETT III, et al.,

    Defendant(s).

Case No. 2:24-cv-00719-JAD-NJK

**Order**

[Docket No. 25]

On July 12, 2024, the Court ordered that either Defendants had to file a motion to stay discovery by July 26, 2024, or the parties had to file a joint discovery plan by August 9, 2024. Docket No. 22. Defendants did not file a motion to stay discovery. Moreover, although Plaintiff filed a proposed discovery plan, it is not signed by Defendants. Docket No. 25. Because it was not filed jointly, Plaintiff's proposed discovery plan (Docket No. 25) is **DENIED** without prejudice. Defendants must immediately confer with Plaintiff and the parties must file a <u>joint</u> proposed discovery plan by August 27, 2024.

**FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS**.

IT IS SO ORDERED.

Dated: August 12, 2024

                                                                 
Nancy J. Koppe
United States Magistrate Judge