UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Graciela Kohlman,<br><br>    Plaintiff<br>v.<br><br>Lawrence Mudgett III; Safer Law; Daniel E. Marshall; Fast Eviction Lawyer,<br><br>    Defendants | Case No. 2:24-cv-00719-JAD-NJK<br><br>**Order Striking Oversized Motion for Reconsideration and Denying Motion for Summary Judgment in Closed Case**<br><br>ECF Nos. 29, 30 |

Graciela Kohlman sued California lawyer Lawrence Mudgett III dba Safer Law in the San Diego Superior Court in 2019, and Mudgett retained another California attorney, Daniel Marshall dba Fast Eviction Lawyer, to represent him in that case. The contentious litigation, presided over by Judge Timothy Taylor, was eventually dismissed, and Kohlman's appeal was denied. Disgruntled Kohlman chalks her loss up to fraud and misconduct, so she sued Judge Taylor in the U.S. District Court for the Southern District of California and filed small-claims cases against Mudgett and Marshall. When those lawsuits all failed, she moved her fight to Nevada and asked this court to fix the San Diego courts' errors and make them apologize for their injustices. This Nevada action was dismissed because Kohlman's claims were beyond this court's subject-matter jurisdiction, time-barred, or otherwise legally defective, and this case was closed.[1]

Kohlman moves for reconsideration of that dismissal order and has filed a motion for summary judgment in this closed case. Because summary judgment is not available in a closed

---

[1] ECF No. 27.

case and on dismissed claims, I deny that motion[2] as procedurally improper and do not reach its merits. Her motion for reconsideration greatly exceeds this court's permitted page limitations. Local Rule 7-3 states that motions for summary judgment "are limited to 30 pages," and "[a]ll other motions . . . are limited to 24 pages. . . ."[3] A party wishing to file an oversized motion must seek leave of court to do so, and a "showing of good cause" is required.[4] And that party must seek permission, not forgiveness, as the "motion to exceed these page limits must be filed before the motion or brief is due and must be accompanied by a declaration stating in detail the reasons for, and number of, additional pages requested."[5] Because Kohlman's motion for reconsideration is 37 pages long, excluding exhibits, her brief far exceeds this court's 24-page limit. And because she did not file a motion to exceed that page limit as Local Rule 7-3 requires, I strike her brief for failing to comply with this court's rules.

IT IS THEREFORE ORDERED that Plaintiff Graciela Kohlman's Motion for Summary Judgment **[ECF No. 30] is DENIED** as procedurally improper in this dismissed and closed case.

IT IS FURTHER ORDERED that Plaintiff Graciela Kohlman's Motion for Reconsideration **[ECF No. 29] is STRUCK** as an oversized motion that exceeds the court's page limits without leave of court. If Kohlman desires to refile such a motion, she must comply with this court's Local Rules, which are available on the court's website at https://www.nvd.uscourts.gov/.

_____
U.S. District Judge Jennifer A. Dorsey
September 11, 2024

---

[2] ECF No. 30.
[3] L.R. 7-3(a) & (b).
[4] L.R. 7-3(c).
[5] *Id*.